# Court of Appeals
# of the State of Georgia

ATLANTA, October 22, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0366. JAMAL HARPER v. GEORGIA DEPARTMENT OF HUMAN SERVICES.

Jamal Harper filed this direct appeal from the trial court's order finding him in contempt for failure to pay child support. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases, including . . . holding or declining to hold persons in contempt" must be made by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b). Where the issue on appeal is child support, the case is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (an action in which the "underlying subject matter is [the] obligation to provide child support" is "a domestic relations case subject to review only by application"); see also *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Harper's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   10/22/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*